IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk                                  Date: October 25, 2007
Therese Lindblom, Court Reporter

Civil Action No. 07–cv–01622-EWN-CBS

| *Parties:* | *Counsel:* |
|---|---|
| WELDON L. BYRD, individually and on behalf of his minor daughter, Mariah Burt,, | William Richardson |
| Plaintiff, | |
| v. | |
| ELITCH GARDENS, L.P., a Colorado limited partnership, d/b/a Six Flags Elitch Gardens, and BENEFIT PLANNERS LIMITED, L.L.P., a Texas limited liability partnership, d/b/a Benefit Planners, Defendants. | Jack Robinson |

## COURTROOM MINUTES

**Status Conference**

**10:32 a.m.**     Court in session.

Discussion regarding plaintiff's lack of response to motions to dismiss, #13 and #15.

Discussion regarding Plaintiff's First Amended Complaint, #31.

**ORDERED:   1.     Defendant Elitch Gardens, L.P.'s Motion to Dismiss (#13, filed August 16, 2007) is DENIED as moot.**

*Courtroom Minutes*
*07-cv-01622-EWN-CBS*
*Chief Judge Edward W. Nottingham*
*Page 2 of 2*

**ORDERED: 2.     Defendant Benefit Planners Limited, L.L.P.'s, Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted (#15, filed August 17, 2007) is DENIED as moot.**

**ORDERED: 3.     Plaintiff may respond to Defendants' Motion to Dismiss, #33.**

**ORDERED: 4.     Court allows the filing of the First Amended Complaint (#31, filed October 5, 2007).**

**10:40 a.m.**     Court in recess.

Hearing concluded.

Total time in court:  00:08