IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07–cv–01622–EWN–CBS

WELDON L. BYRD, individually and on
behalf of his minor daughter, Mariah Burt,

    Plaintiff,

v.

ELITCH GARDENS, L.P., a Colorado
limited partnership, d/b/a Six Flags Elitch Gardens, and
BENEFIT PLANNERS LIMITED, L.L.P.,
a Texas limited liability partnership, d/b/a
Benefit Planners,

    Defendants.

# MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendants' Motion for Person with Settlement Authority to Appear at Settlement Conference By Telephone (*doc no. 37*) is **GRANTED**. Mr. Hawrylak is instructed to provide Defendants' counsel with the proper contact information so he can be reached, as needed, during the settlement conference.

**DATED:**    November 20, 2007