# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:** 07-cv-01622-EWN-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** January 17, 2008 | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| WELDON L. BYRD, individually and on behalf of his minor daughter, Mariah Burt, | William A. Richardson |
| **Plaintiff,** | |
| v. | |
| ELITCH GARDEN, L.P. d/b/a SIX FLAGS ELITCH GARDENS, a Colorado limited partnership, *et al.*, | Karen E. Wilcynski |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  STATUS CONFERENCE**
**Court in Session:    10:02 a.m.**
Court calls case.  Appearances of counsel.

Counsel discuss the status of the case with the Court.

**ORDERED:** The oral motion to withdraw the Unopposed Motion to Stay Deadlines and Scheduling Order Pending Order re: Defendants' Motion to Dismiss [filed January 15; doc. 41] is granted.  The motion (doc. 41) is hereby withdrawn.

<u>**PRELIMINARY  PRETRIAL CONFERENCE**</u>  is set for **January 25, 2008 at 10:00 a.m.**
Preliminary Pretrial Order is due **no later than January 23, 2008.**  (See the court's website for Instructions for Preparation and Submission)

A settlement conference will be set at the request of counsel.

HEARING CONCLUDED.

**Court in recess:      10:14 a.m.**
Total time in court:    00:12